IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THALIA VOUCHIDES, § | |
| § | |
| Plaintiff, § | |
| § | |
| JANIS THOMPSON, § | |
| § | |
| Intervenor, § | CIVIL ACTION NO. H-10-2559 |
| § | |
| v. § | |
| § | |
| COLLEEN ADAMS, § | |
| individually and in her official capacity § | |
| as Police Officer for Houston Community § | |
| College System, § | |
| § | |
| Defendant. § | |

**ORDER**

This is a civil rights lawsuit. Thalia Vouchides, the plaintiff, and Janis Thompson, the intervenor, did not amend their complaint following this court's previous memorandum and order. (*See* Docket Entry No. 58). The only remaining claim in this case is their 42 U.S.C. § 1983 claim for unlawful stop and detention against Colleen Adams. The parties must file a proposed scheduling and docket control order setting out a proposed schedule to resolve this remaining claim. The proposed scheduling order must be filed by **January 6, 2011**.

SIGNED on December 16, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge